**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CEDRIC GREENE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25-CV-00413 RHH |
| | ) |
| LA CARE HEALTH PLAN, | ) |
| | ) |
| Defendant. | ) |

## OPINION, MEMORANDUM AND ORDER

Before the Court is plaintiff Cedric Greene's post-dismissal "Motion for Leave to Amend; Application for Relief from Order." [ECF No. 15]. Plaintiff's action was dismissed by the Court on March 31, 2025, for lack of proper venue and lack of jurisdiction. [ECF Nos. 3 and 4]. He appealed the dismissal to the Eighth Circuit Court of Appeals who summarily affirmed the dismissal on June 12, 2025. *See Greene, Jr. v. LA Care Health Plan*, No. 25-1731 (8th Cir. 2025).

The Court declines to reopen this closed matter and will instruct the Clerk to return plaintiff's filings to him. Plaintiff will not be allowed to file in this closed action.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's post-dismissal "Motion for Leave to Amend; Application for Relief from Order." [ECF No. 15] is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of this matter would not be taken in good faith.

**IT IS FURTHER ORDERED** that the Clerk shall return plaintiff's filings to him, and plaintiff will no longer be allowed to file in this closed action. Any additional filings by plaintiff shall also be returned to him by the Clerk.

Dated this 23rd day of July, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE